IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00694-WDM-PAC

RAFAEL MATOS,

     Plaintiff(s),

v.

AETNA LIFE INSURANCE COMPANY,

     Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
August 4, 2006

     IT IS HEREBY **ORDERED**, that no response having been filed, Defendant's Motion for Leave to Amend Answer to Assert Counterclaim, Doc. #8, is GRANTED.  The Amended Answer and Counterclaim tendered June 26, 2006 will be considered as filed this date. Plaintiff's answer or other response to the Counterclaim is due by August 15, 2006.